

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-15-00177-CR & 04-15-00178-CR

Daniel **MARTINEZ** a/k/a Daniel Ramirez,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CR2985 & 2014CR2986
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED May 13, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice